THOMAS BASCOMBE et al., Appellants, *v.* MARY J. MARSHALL et al., Respondents.

*Bascombe* v. *Marshall*, 129 App. Div. 516, affirmed.
(Argued February 25, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to have a certain deed of real property adjudged to be a mortgage.

*Alexander Thain*, *Charles A. Strauss* and *Alex. L. Strouse* for appellants.

*George M. Pinney, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.